IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  07-cv-01124-ZLW-MJW

OUSMANE HAMADY SY,

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

MINUTE ORDER

It is hereby ORDERED that the petitioner's Motion of Notice (Docket No. 11) is denied without prejudice.  The court will consider the petitioner's application in due course following the filing of the respondent's answer, which pursuant to this court's Order to Show Cause (Docket No. 8) is not due until August 24, 2007.

Date: August 1, 2007