IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01124-ZLW-MJW

OUSMANE HAMADY SY,

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

**ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

Based upon this court's Order Setting Hearing on Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 issued today (Docket No. 16), it is hereby

**ORDERED** that the Clerk of Court shall issue a writ of habeas corpus ad testificandum directing the petitioner, Ousmane Hamady Sy, #J5644, ICE Processing Center-GEO Detention Facility, 11901 East 30th Avenue, Aurora, CO 80010, to be brought to appear before this court for a hearing and oral argument in this case on **August 5, 2008, at 1:30 p.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: June 13, 2008　　　　　　　　　　　s/ Michael J. Watanabe
　　　Denver, Colorado　　　　　　　　　　Michael J. Watanabe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge