IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01124-ZLW-MJW

OUSMANE HAMADY SY,

    Petitioner,

v.

IMMIGRATION CUSTOMS and ENFORCEMENT (ICE),

    Respondent.

_____

**ORDER**
_____

    The matter before the Court is Respondent's Motion To Dismiss (Doc. No. 21). This motion was referred to Magistrate Judge Michael J. Watanabe pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). On September 2, 2008, the Magistrate Judge issued his Recommendation that the motion should be granted and the Application For A Writ Of Habeas Corpus (Doc. No. 2) be denied and dismissed as moot. Petitioner has filed no objections to the Recommendation.

    The Court, after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts his findings and Recommendation. Therefore, it is

    ORDERED that Respondent's Motion To Dismiss (Doc. No. 21; Aug. 4, 2008) is granted. It is

FURTHER ORDERED that the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (Doc. No. 2; May 30, 2007) is denied and the case and cause of action are dismissed.

DATED at Denver, Colorado, this  19th  day of September, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court